# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HUT, individually and on behalf of all others similarly situated,<br><br>V.<br><br>AIR NEW ZEALAND,<br><br>[see attachment for additional defendants] | E-filing<br><br>SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER:<br><br>CV 08  1462<br><br>MEJ |

TO: (Name and address of defendant)

ALL DEFENDANTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laurence D. King (SBN 206423)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: (415) 772-4700

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE   MAR 14

MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                    Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## ATTACHMENT TO SUMMONS

Additional Defendants:
**AIR NEW ZEALAND**-Quay Tower, 29 Customs St., West Auckland, 1020, New Zealand
(Registered Agent: Annette Ferroll, Authorized to Accept Service, 1060 Grand Ave., Suite 300, El Segundo, CA 90245)

**ALL NIPPON AIRWAYS**-Shidome-City Center, 1-5-2, Higashi-Shimbashi, Minato-ku, Tokyo 105-7133, Japan
(Registered Agent: Osamu Machida, Manager, Accounting, Administration, Authorized to Accept Service, 2050 West 190th Street, Suite 100, Torrence, CA 90504)

**CATHAY PACIFIC AIRWAYS**-9 Connaught Road, Central Swirel Housepox Box 1 GPO, Hong Kong K 3
(Registered Agent: Marika Alexander, Assistant to Alan Wong/Authorized to Accept Service of Process, 360 Post Street, Suite 300, San Francisco CA 94108)

**CHINA AIRLINES**-131 Nankin E Rd. Section 3, Taipei, Taiwan
(Registered Agent: Irene Shui, Human Resources, Authorized to Accept Service, 200 N. Continental Blvd., El Segundo, CA 90245)

**EVA AIRWAYS**-16F-1, No. 207, Fusing Rd., Taoyuan County, Taiwan
(Registered Agent: Margaret Wilson, Agent for Service, 818 W 7th Street, Suite 200, Los Angeles, CA 90017)

**JAPAN AIRLINES INTERNATIONAL**-4-11, Higashi-Shinagawa 2-Chrome, Shinagawa-Ku Tokyo 140-8605, Japan
(Registered Agent: Kasuito Yammamoto, Assistant Director, Authorized to Accept Service, 300 Continental Blvd., Suite 620, El Segundo, CA 90245)

**MALAYSIA AIRLINES**-MAS Complex A, Sultan Abdul Azia Shah Airport, 47200 Suband, Selangor Darui Ehsain, Malaysia
(Registered Agent: Donna "Doe", Person in Charge, Authorized to Accept Service, 100 North Sepulveda Blvd., Suite 400, El Segundo, CA 90245)

**QANTAS AIRWAYS LIMITED**-203 Coward Street, Qantas Centre, Mascot NSW 2020 C3
(Registered Agent: Dianne Singg, Custodian of Records, Authorized to Accept Service, 6080 Center Drive, #400, Westchester, CA 90045)

**SINGAPORE AIRLINES**-Airline House, 25 Airline Road, 819829 Singapore
(Registered Agent: Jane Yeow, Human Resources Administration, Authorized to Accept Service, 5670 Wilshire Blvd., Suite 1800, Los Angeles, CA 90036)

**THAI AIRWAYS**-89 Vibhavadi-Rangsit Road, Bangkok, Thailand 10900

(Registered Agent: Becky DeGeorge, Authorized Agent of Corporation Service Company, Agent for Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833)

**UNITED AIRLINES-**77 W. Wacker Drive, Chicago, IL 60601
(Registered Agent: Cindy Leon, Legal Assistant, 77 W. Wacker Drive, Chicago, IL 60601)