Laurence D. King (SBN 206423)
lking@kaplanfox.com
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Fax: (415) 772-4707

Marc M. Seltzer
mseltzer@susmangodfrey.com
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

*Attorneys for Plaintiffs*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HUT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, QANTAS AIRWAYS LIMITED, SINGAPORE AIRLINES, THAI AIRWAYS, and UNITED AIRLINES,<br><br>Defendants. | Case No.: CV 08 1462<br><br>**NOTICE OF RELATED CASE** |

1
2     Plaintiff BRUCE HUT, on behalf of himself and all others similarly situated, hereby
3  submits this Notice of Related Case pursuant to Civil Local Rule 3-12 of the Northern District
4  of California.
5     The following are related cases under L.R. 3-12:
6  - *In Re: Transpacific Passenger Air Transportation Antitrust Litigation,* Case No.: M:08-
7    cv-01913-CRB assigned to United States District Judge Charles R. Breyer
8  - *Wortman, et al., v. Air New Zealand, et al.,* Case No.: 3:07-cv-05634-CRB assigned to
9    United States District Judge Charles R. Breyer
10 - *Maloof v. Air New Zealand, et al.,* Case No.: 3:07-cv-05811-CRB assigned to United
11   States District Judge Charles R. Breyer
12 - *Evans, et al., v. Air New Zealand, et al.,* Case No.: 3:07-cv-05821-CRB assigned to
13   United States District Judge Charles R. Breyer
14 - *Ajaye, et al., v. Air New Zealand, Ltd., et al.,* Case No.: 3:07-cv-05911-CRB assigned to
15   United States District Judge Charles R. Breyer
16 - *Foy v. Air New Zealand, et al.,* Case No.: 3:07-cv-06219-CRB assigned to United States
17   District Judge Charles R. Breyer
18 - *Casteel, et al., v. Air New Zealand, et al.,* Case No.: 3:07-cv-06343-CRB assigned to
19   United States District Judge Charles R. Breyer
20 - *Kaufman, et al., v. Air New Zealand, et al.,* Case No.: 3:07-cv-06417-CRB assigned to
21   United States District Judge Charles R. Breyer
22 - *Abrams v. Air New Zealand, Ltd., et al.,* Case No.: 3:08-cv-00339-CRB assigned to
23   United States District Judge Charles R. Breyer
24
25
26
27
28

1 | The present action is related to the above actions because they arise from closely related
2 | events, call for a determination of substantially related questions of law and fact, and would
3 | entail substantial duplication of labor if heard by a different judge.
4 |
5 |
6 | Dated: March 14, 2008

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: _____
Laurence D. King (SBN 206423)
lking@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Fax: (415) 772-4707

Marc M. Seltzer
mseltzer@susmangodfrey.com
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

Daniel J. Walker
dwalker@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue
Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, Kristen M. Weiland, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On March 14, 2008, I served the following document(s):

- **NOTICE OF RELATED CASE**

To the below parties:

| | |
|---|---|
| Joseph W. Cotchett<br>Aron K. Liang<br>Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>Neil Swartzberg<br>Steven Noel Williams<br>COTCHETT, PITRE & McCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br><br>*Counsel for Plaintiffs Donald Wortman, William Adams, and Margaret Garcia* | Walter J. Lack<br>Elizabeth Lane Crooke<br>Richard Pollard Kinnan<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Blvd., 16th Floor<br>Los Angeles, CA 90067<br><br><br><br><br>*Counsel for Plaintiffs Donald Wortman, William Adams, and Margaret Garcia* |
| Thomas Girardi<br>Graham B. LippSmith<br>GIRARDI KEESE<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017<br><br>*Counsel for Plaintiffs Franklin Ajaye, Ming-Chun Wu Chen, Tzu Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, Galina Zingerman, and Andrew Barton* | Robert C. Baker<br>BAKER, KEENER & NAHRA, LLP<br>633 West 5th Street, Suite 5400<br>Los Angeles, CA 90071<br><br><br><br>*Counsel for Plaintiffs Matthew Evans and Clyde H. Campbell, Jr.* |

| | | |
|---|---|---|
| 1 | Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>SAVERI & SAVERI<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br><br>*Counsel for Plaintiff Thomas Shelly* | Daniel C. Girard<br>Aaron M. Sheanin<br>Elizabeth C. Pritzker<br>Steven G. Tidrick<br>GIRARD GIBBS, LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br><br>*Counsel for Plaintiff Mark Foy* |
| 6<br>7<br>8<br>9 | C. Donald Amamgbo<br>AMAMGBO & ASSOCIATES, APC<br>7901 Oakport Street, Suite 4900<br>Oakland, CA 94621<br><br>*Counsel for Plaintiffs Robert Casteel III, Uchenna Udemezue, and Steve Ike* | Serman Kassof<br>LAW OFFICES OF SERMAN KASSOF<br>954 Risa Road, Suite B<br>Lafayette, CA 94549<br><br>*Counsel for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger, and Lemuel Schenck* |
| 10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | Allen Steyer<br>STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH, LLP<br>One California Street, Third Floor<br>San Francisco, CA 94104<br><br><br><br><br><br>*Counsel for Plaintiffs Rachel Diller and Trong Nguyen* | Michael D. Hausfeld<br>Charles E. Tompkins<br>Andrea L. Hertzfeld<br>Hilary K. Ratway<br>James J. Pizzirusso<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005-3934<br><br>*Counsel for Plaintiffs Rachel Diller and Trong Nguyen* |
| 18<br>19<br>20<br>21<br>22 | Pierce O'Donnell<br>Robert M. Brava-Partain<br>Gregory Jonathon Mann<br>O'DONNELL & ASSOCIATES PC<br>550 South Hope Street, Suite 1000<br>Los Angeles, CA 90071<br><br>*Counsel for David F. Murphy and David Kuo* | Jiangxiao Athena Hou<br>Matthew Rutledge Schultz<br>Patrick Bradford Clayton<br>ZELLE, HOFFMAN, VOELBEL, MASON & GETTE, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br><br>*Counsel for Plaintiff Micah Abrams* |
| 23<br>24<br>25 | Michael J. Holland<br>CONDON & FORSYTH, LLP<br>7 Times Square, 18th Floor<br>New York, NY 10036<br><br>*Counsel for Defendant Air New Zealand* | Douglas E. Rosenthal<br>CONSTANTINE CANNON, LLP<br>1627 Eye Street, N.W., 10th Floor<br>Washington, DC 20004<br><br>*Counsel for Defendant All Nippon Airways* |

| | | |
|---|---|---|
| 1 | Edward B. Schwartz<br>DLA PIPER US, LLP<br>500 Eighth Street, N.W.<br>Washington, DC 20004<br><br>*Counsel for Defendant Cathay Pacific Airways* | James V. Dick<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>1201 Pennsylvania Avenue, N.W., Suite 500<br>Washington, DC 20004<br><br>*Counsel for Defendant China Airlines* |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | David Kirstein<br>KIRSTEIN & YOUNG, PLLC<br>1750 K Street, N.W., Suite 200<br>Washington, DC 20006<br><br>*Counsel for Defendant Eva Airlines* | William Karas<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20006<br><br>*Counsel for Defendant Japan Airlines* |
| 6 | | |
| 7 | | |
| 8 | David A. Senior<br>Benjamin D. Weston<br>McBREEN & SENIOR<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067<br><br>*Counsel for Defendant Malaysia Airlines* | W. Tod Miller<br>BAKER & MILLER, PLLC<br>2401 Pennsylvania Avenue, N.W., Suite 300<br>Washington, DC 20037<br><br>*Counsel for Defendant Qantas Airways* |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | William R. Sherman<br>LATHAM & WATKINS, LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br><br>*Counsel for Defendant Singapore Airlines* | Mark S. Priver<br>OHASHI & PRIVER<br>140 South Lake Avenue, Suite 208<br>Pasadena, CA 91101<br><br>*Counsel for Defendant Thai Airways* |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | Katherine A. Levine<br>CRAVATH, SWAINE & MOORE, LLP<br>825 Eighth Avenue, 4044D<br>New York, NY 10019<br><br>*Counsel for Defendant Thai Airways* | Richard J. Favretto<br>MAYER BROWN, LLP<br>1909 K Street N.W.<br>Washington, DC 20006<br><br>*Counsel for Defendant United Airways* |
| 17 | | |
| 18 | | |
| 19 | Aaron M. Sheanin<br>GIRARD GIBBS LLP<br>60 California Street, Suite 1400<br>San Francisco, CA 94108<br><br>*Counsel for Plaintiffs Donald Wortman, William Adams, and Margaret Garcia* | Michael Paul Lehmann<br>Jon T. King<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br><br>*Counsel for Plaintiffs Rachel Diller and Trong Nguyen* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Page 6 – NOTICE OF RELATED CASE

| | |
|---|---|
| Mario Nunzio Alioto<br>Lauren Clare Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br><br>*Counsel for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger, and Lemuel Schenck* | Joseph Marid Patane<br>LAW OFFICE OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA 94123<br><br>*Counsel for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger, and Lemuel Schenck* |
| Craig C. Corbitt<br>ZELLE, HOFFMAN, VOELBEL, MASON & GETTE, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br><br>*Counsel for Plaintiff Micah Abrams* | Derek G. Howard<br>Scott Justin Yundt<br>Gilmur Roderick Murray<br>MURRAY & HOWARD, LLP<br>436 14th Street, Suite 1413<br>Oakland, CA 94612<br><br>*Counsel for Plaintiff Brendan G. Maloof* |
| Reginold Von Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804<br><br>*Counsel for Plaintiffs Robert Casteel III, Uchenna Udemezue, and Steve Ike* | Bruce Lee Simon<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94014<br><br>*Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman* |
| Adam Paul Brezine<br>HOLME ROBERTS & OWEN<br>One Maritime Plaza, Suite 2400A<br>San Francisco, CA 94111<br><br>*Counsel for Defendant All Nippon Airways* | John F. Cove, Jr.<br>Dean Michael Harvey<br>Kenneth Fisher Rossman<br>BOIES, SCHILLER & FLEXNER, LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br><br>*Counsel for Defendant Northwest Airlines* |

\_\_\_\_\_ (BY FACSIMILE) I sent such document from facsimile machine on the above date. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

**XXX** (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

\_\_\_\_\_ (PERSONAL SERVICE) I caused personal delivery of the document(s) listed above the person(s) at the address(es) set forth below.

1     ___ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

    Executed March 14, 2008, at San Francisco, California.

                                            /s/ Kristen M. Weiland
                                                   Kristen M. Weiland