| | |
|---|---|
| 1 | Laurence D. King (SBN 206423) |
|   | lking@kaplanfox.com |
| 2 | KAPLAN, FOX & KILSHEIMER, LLP |
|   | 350 Sansome Street, Suite 400 |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 772-4700 |
| 4 | Fax: (415) 772-4707 |
| 5 | Marc M. Seltzer |
|   | mseltzer@susmangodfrey.com |
| 6 | SUSMAN GODFREY LLP |
|   | 1901 Avenue of the Stars, Suite 950 |
| 7 | Los Angeles, CA 90067-6029 |
|   | Telephone: (310) 789-3100 |
| 8 | Fax: (310) 789-3150 |

*Attorneys for Plaintiff*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HUT, individually and on behalf of all others similarly situated, | Case No.: CV 08-01462 MEJ |
| Plaintiffs, | **NOTICE OF APPEARANCE OF LORI S. BRODY** |
| v. | |
| AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, QANTAS AIRWAYS LIMITED, SINGAPORE AIRLINES, THAI AIRWAYS, and UNITED AIRLINES, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that the following counsel hereby enters an appearance on behalf of plaintiff Bruce Hut in the above-caption action:

    Lori S. Brody
    KAPLAN FOX & KILSHEIMER LLP
    1801 Century Park East, Suite 1460
    Los Angeles, CA 90067
    Telephone: (310) 785-0800
    Fax: (310) 785-0897
    lbrody@kaplanfox.com

Dated: March 24, 2008                                Respectfully submitted,

                                                      /s/ Lori S. Brody
                                 Lori S. Brody (SBN 150545)
                                 lbrody@kaplanfox.com
                                 KAPLAN FOX & KILSHEIMER LLP
                                 1801 Century Park East, Suite 1460
                                 Los Angeles, CA 90067
                                 Telephone: (310) 785-0800
                                 Fax: (310) 785-0897

                                 Laurence D. King (SBN 206423)
                                 lking@kaplanfox.com
                                 KAPLAN FOX & KILSHEIMER LLP
                                 350 Sansome Street, Suite 400
                                 San Francisco, CA 94104
                                 Telephone: (415) 772-4700
                                 Fax: (415) 772-2707

                                 Marc M. Seltzer
                                 mseltzer@susmangodfrey.com
                                 SUSMAN GODFREY LLP
                                 1901 Avenue of the Stars, Suite 950
                                 Los Angeles, CA 90067-6029
                                 Telephone: (310) 789-3100

                                 Daniel J. Walker
                                 dwalker@susmangodfrey.com
                                 SUSMAN GODFREY LLP
                                 1201 Third Avenue, Suite 3800
                                 Seattle, WA 98101-3000
                                 Telephone: (206) 516-3880
                                 Fax: (206) 516-3883

                                 *Attorneys for Plaintiff*

**PROOF OF SERVICE**

I, Lisa C. D'Annunzio, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On March 24, 2008, I served the following document(s):

- **NOTICE OF APPEARANCE OF LORI S. BRODY**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

> Laurence D. King – lking@kaplanfox.com; ldannunzio@kaplanfox.com; kweiland@kaplanfox.com; abailey@kaplanfox.com
> Marc Morris Seltzer – mseltzer@susmangodfrey.com
> Daniel J. Walker – dwalker@susmangodfrey.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed March 24, 2008, at San Francisco, California.

                                                Lisa C. D'Annunzio