# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

BRUCE HUT, individually and on behalf of all others similarly situated,

V.

AIR NEW ZEALAND,

[see attachment for additional defendants]

TO: (Name and address of defendant)

ALL DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08    1462

MEJ

E-filing

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laurence D. King (SBN 206423)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: (415) 772-4700

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 1 4 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |
| Service of the Summons and Complaint was made by me [1] |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## ATTACHMENT TO SUMMONS

Additional Defendants:
**AIR NEW ZEALAND**-Quay Tower, 29 Customs St., West Auckland, 1020, New Zealand
(Registered Agent: Annette Ferroll, Authorized to Accept Service, 1060 Grand Ave., Suite 300, El Segundo, CA 90245)

**ALL NIPPON AIRWAYS**-Shidome-City Center, 1-5-2, Higashi-Shimbashi, Minato-ku, Tokyo 105-7133, Japan
(Registered Agent: Osamu Machida, Manager, Accounting, Administration, Authorized to Accept Service, 2050 West 190th Street, Suite 100, Torrence, CA 90504)

**CATHAY PACIFIC AIRWAYS**-9 Connaught Road, Central Swirel Housepox Box 1 GPO, Hong Kong K 3
(Registered Agent: Marika Alexander, Assistant to Alan Wong/Authorized to Accept Service of Process, 360 Post Street, Suite 300, San Francisco CA 94108)

**CHINA AIRLINES**-131 Nankin E Rd. Section 3, Taipei, Taiwan
(Registered Agent: Irene Shui, Human Resources, Authorized to Accept Service, 200 N. Continental Blvd., El Segundo, CA 90245)

**EVA AIRWAYS**-16F-1, No. 207, Fusing Rd., Taoyuan County, Taiwan
(Registered Agent: Margaret Wilson, Agent for Service, 818 W 7th Street, Suite 200, Los Angeles, CA 90017)

**JAPAN AIRLINES INTERNATIONAL**-4-11, Higashi-Shinagawa 2-Chrome, Shinagawa-Ku Tokyo 140-8605, Japan
(Registered Agent: Kasuito Yammamoto, Assistant Director, Authorized to Accept Service, 300 Continental Blvd., Suite 620, El Segundo, CA 90245)

**MALAYSIA AIRLINES**-MAS Complex A, Sultan Abdul Azia Shah Airport, 47200 Suband, Selangor Darui Ehsain, Malaysia
(Registered Agent: Donna "Doe", Person in Charge, Authorized to Accept Service, 100 North Sepulveda Blvd., Suite 400, El Segundo, CA 90245)

**QANTAS AIRWAYS LIMITED**-203 Coward Street, Qantas Centre, Mascot NSW 2020 C3
(Registered Agent: Dianne Singg, Custodian of Records, Authorized to Accept Service, 6080 Center Drive, #400, Westchester, CA 90045)

**SINGAPORE AIRLINES**-Airline House, 25 Airline Road, 819829 Singapore
(Registered Agent: Jane Yeow, Human Resources Administration, Authorized to Accept Service, 5670 Wilshire Blvd., Suite 1800, Los Angeles, CA 90036)

**THAI AIRWAYS**-89 Vibhavadi-Rangsit Road, Bangkok, Thailand 10900

(Registered Agent: Becky DeGeorge, Authorized Agent of Corporation Service Company, Agent for Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833)

**UNITED AIRLINES-**77 W. Wacker Drive, Chicago, IL 60601
(Registered Agent: Cindy Leon, Legal Assistant, 77 W. Wacker Drive, Chicago, IL 60601)

| *Attorney or Party without Attorney:*<br>LAURENCE D. KING ESQ.<br>KAPLAN FOX & KILSHEIMER LLP<br>350 SANSOME STREET SUITE 400<br>SAN FRANCISCO, CA 94104<br>*Telephone No:* 415-772-4700 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>BRUCE HUT | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of Califronia | | | | |
| *Plaintiff:* BRUCE HUT INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SI | | | | |
| *Defendant:* Air Newzeland, All Nippon Airways, Cathay Pacific Airways, China Airlines, Et Al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV081462MEJ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT Civil Cover Sheet;notice Of Related Case;order Setting Initial Case Management Confefence And Adr Deadlines;case Management Standing Oder;standing Order;notice Of Trial Assignment;consent To Assignment Or Request For Reassignment;consent To Proceed Before A United States Magistrate Judge;declination To Proceed Before A Magistrate Judge And Request For Reassignment Toa United States District Judge;efc Registration Information Handout; Drop Box Filing Procedures

3. a. Party served:      AIR NEW ZELAND
   b. Person served:    ARMO WEIMER, ADMINISTRATOR. AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:    1960 E. GRAND AVE STE 30
                                           El Segundo, CA 90245

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 19, 2008 (2) at: 10:15AM

7. *Person Who Served Papers:*                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PRADIP KISSOONDYAL                                   d. *The Fee for Service was:*

   BEVERLY HILLS EXPRESS                                   e. I am: (3) registered California process server
   350 S. FIGUEROA STREET, SUITE 272                           (i)   Owner
   LOS ANGELES, CA 90071                                       (ii)  Registration No.:     5420
   (213) 346-1000, FAX (213) 346-1010                          (iii) County:               Los Angeles
   BEVERLYHILLSEXPRESS.COM                                     (iv)  Expiration Date:      Mon, Sep. 01, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Wed, Mar. 19, 2008

                                                                                    (PRADIP KISSOONDYAL)

Judicial Council Form                   PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT                              642904.kaplanld.2684

| Attorney or Party without Attorney:<br>LAURENCE D. KING ESQ.<br>KAPLAN FOX & KILSHEIMER LLP<br>350 SANSOME STREET SUITE 400<br>SAN FRANCISCO, CA 94104<br>Telephone No: 415-772-4700 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>BRUCE HUT | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Califronia | | |
| Plaintiff: BRUCE HUT INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SI | | |
| Defendant: Air Newzeland, All Nippon Airways, Cathay Pacific Airways, China Airlines, Et Al. | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV081462MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT Civil Cover Sheet;notice Of Related Case;order Setting Initial Case Management Confefence And Adr Deadlines;case Management Standing Oder;standing Order;notice Of Trial Assignment;consent To Assignment Or Request For Reassignment;consent To Proceed Before A United States Magistrate Judge;declination To Proceed Before A Magistrate Judge And Request For Reassignment Toa United States District Judge;efc Registration Information Handout; Drop Box Filing Procedures

3. a. Party served:           ALL NIPPON AIRWAYS
   b. Person served:         NORIKO YOSHIMURA, ASSISTANT MANAGER. AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:   2050 WEST 190th STREET SUITE 100
                                         Torrance, CA  90501

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 19, 2008 (2) at: 11:45AM

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PRADIP KISSOONDYAL                          d. **The Fee** for Service was:

   **BEVERLY HILLS EXPRESS**                      e. I am: (3) registered California process server
   350 S. FIGUEROA STREET, SUITE 272                    (i)   Owner
   LOS ANGELES, CA 90071                                (ii)  Registration No.:     5420
   (213) 346-1000, FAX (213) 346-1010                   (iii) County:               Los Angeles
   BEVERLYHILLSEXPRESS.COM                              (iv)  Expiration Date:      Mon, Sep. 01, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Wed, Mar. 19, 2008

                                                                                            (PRADIP KISSOONDYAL)

Judicial Council Form                          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                           642907.kaplanld.2683

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAURENCE D. KING, ESQ. (206423)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: | Ref. No. Or File No.<br>W2493613 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRUCE HUT, et al.

Defendant:
AIR NEW ZEALAND, etc., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>08-1462 MEJ |
|---|---|---|---|---|

I, Joshua Godar, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF RELATED CASE; INITIAL CASE MANAGEMENT SCHEDULING ORDER; NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE COURT PACKET

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : CATHAY PACIFIC AIRWAYS

By Serving        : MARIKA ALEXANDER, Agent For Service

Address           : 360 Post Street, Suite 360, San Francisco, California 94108
Date & Time       : Wednesday, March 19, 2008 @ 11:50 a.m.
Witness fees were : Not applicable.

Person serving:
Joshua Godar
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 1038
  (3) County: San Francisco
  (4) Expires: 11/6/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 19, 2008          Signature: _____
                                          Joshua Godar


Printed on recycled paper

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| LAURENCE D. KING ESQ. <br> KAPLAN FOX & KILSHEIMER LLP <br> 350 SANSOME STREET SUITE 400 <br> SAN FRANCISCO, CA 94104 <br> Telephone No: 415-772-4700 | |
| Ref. No. or File No.: BRUCE HUT | |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of Califronia |

| Plaintiff: BRUCE HUT INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SI |
|---|
| Defendant: Air Newzeland, All Nippon Airways, Cathay Pacific Airways, China Airlines, Et Al. |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: CV081462MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT Civil Cover Sheet;notice Of Related Case;order Setting Initial Case Management Confefence And Adr Deadlines;case Management Standing Oder;standing Order;notice Of Trial Assignment;consent To Assignment Or Request For Reassignment;consent To Proceed Before A United States Magistrate Judge;declination To Proceed Before A Magistrate Judge And Request For Reassignment Toa United States District Judge;efc Registration Information Handout; Drop Box Filing Procedures

3. a. Party served:          CHINA AIRLINES
   b. Person served:         JUDY PERRY, ADMINISTRATION, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:    200 N. CONTINENTAL BLVD.
                                          El Segundo, CA 90245

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 19, 2008 (2) at: 9:50AM

7. *Person Who Served Papers:*            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PRADIP KISSOONDYAL                   d. *The Fee for Service was:*

   BEVERLY HILLS EXPRESS                   e. I am: (3) registered California process server
   350 S. FIGUEROA STREET, SUITE 272            (i)  Owner
   LOS ANGELES, CA 90071                        (ii) Registration No.:    5420
   (213) 346-1000, FAX (213) 346-1010           (iii) County:             Los Angeles
   BEVERLYHILLSEXPRESS.COM                      (iv) Expiration Date:     Mon, Sep. 01, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Mar. 19, 2008

   Judicial Council Form                   PROOF OF SERVICE                   (PRADIP KISSOONDYAL)
   Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT                                     642908.kaplanld.2682

| *Attorney or Party without Attorney:*<br>LAURENCE D. KING ESQ.<br>KAPLAN FOX & KILSHEIMER LLP<br>350 SANSOME STREET SUITE 400<br>SAN FRANCISCO, CA 94104<br>*Telephone No:* 415-772-4700 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>BRUCE HUT | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court, Northern District Of Califronia |

| *Plaintiff:* BRUCE HUT INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SI |
|---|
| *Defendant:* Air Newzeland, All Nippon Airways, Cathay Pacific Airways, China Airlines, Et Al. |

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV081462MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT Civil Cover Sheet;notice Of Related Case;order Setting Initial Case Management Confefence And Adr Deadlines;case Management Standing Oder;standing Order;notice Of Trial Assignment;consent To Assignment Or Request For Reassignment;consent To Proceed Before A United States Magistrate Judge;declination To Proceed Before A Magistrate Judge And Request For Reassignment Toa United States District Judge;efc Registration Information Handout; Drop Box Filing Procedures

3. a. Party served:          EVA AIRWAYS
   b. Person served:       MARGARET WILSON, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:      818 WEST 7th STREET
                                             SUITE 200
                                             LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Mar. 18, 2008 (2) at: 2:50PM

7. *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUGLAS FORREST                          d. *The Fee for Service was:*

   **BEVERLY HILLS EXPRESS**                   e. I am: (3) registered California process server
   350 S. FIGUEROA STREET, SUITE 272                 (i)   Independent Contractor
   LOS ANGELES, CA 90071                             (ii)  Registration No.:      5141
   (213) 346-1000, FAX (213) 346-1010                (iii) County:                Los Angeles
   BEVERLYHILLSEXPRESS.COM

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Tue, Mar. 18, 2008

                                                                          (DOUGLAS FORREST)

| Judicial Council Form | PROOF OF SERVICE | |
|---|---|---|
| Rule 2.150.(a)&(b) Rev January 1, 2007 | SUMMONS & COMPLAINT | 642909.kaplanld.2681 |

| *Attorney or Party without Attorney:* <br> LAURENCE D. KING ESQ. <br> KAPLAN FOX & KILSHEIMER LLP <br> 350 SANSOME STREET SUITE 400 <br> SAN FRANCISCO, CA 94104 <br> *Telephone No:* 415-772-4700 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff     *Ref. No. or File No.:* BRUCE HUT | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court, Northern District Of Califronia | |
| *Plaintiff:* BRUCE HUT INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SI <br> *Defendant:* Air Newzeland, All Nippon Airways, Cathay Pacific Airways, China Airlines, Et Al. | |

| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV081462MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT Civil Cover Sheet;notice Of Related Case;order Setting Initial Case Management Confefence And Adr Deadlines;case Management Standing Oder;standing Order;notice Of Trial Assignment;consent To Assignment Or Request For Reassignment;consent To Proceed Before A United States Magistrate Judge;declination To Proceed Before A Magistrate Judge And Request For Reassignment Toa United States District Judge;efc Registration Information Handout; Drop Box Filing Procedures

3. a. Party served:     JAPAN AIRLINES INTERNATIONAL
   b. Person served:    CLIFF BENGUCHE, SUBPOENA CLERK. AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:    300 CONTINENTAL BLVD <br> El Segundo, CA 90245

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 19, 2008 (2) at: 10:00AM

7. *Person Who Served Papers:*     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PRADIP KISSOONDYAL
   d. *The Fee for Service was:*
   
   **BEVERLY HILLS EXPRESS** <br> 350 S. FIGUEROA STREET, SUITE 272 <br> LOS ANGELES, CA 90071 <br> (213) 346-1000, FAX (213) 346-1010 <br> BEVERLYHILLSEXPRESS.COM
   
   e. I am: (3) registered California process server
   - (i) Owner
   - (ii) Registration No.: 5420
   - (iii) County: Los Angeles
   - (iv) Expiration Date: Mon, Sep. 01, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Mar. 19, 2008

   (PRADIP KISSOONDYAL)

Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007     PROOF OF SERVICE SUMMONS & COMPLAINT     642910.kaplanld.2680

| *Attorney or Party without Attorney:*<br>LAURENCE D. KING ESQ.<br>KAPLAN FOX & KILSHEIMER LLP<br>350 SANSOME STREET SUITE 400<br>SAN FRANCISCO, CA 94104<br>*Telephone No:* 415-772-4700 | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:*<br>BRUCE HUT | |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of Califronia | | |
| *Plaintiff:* BRUCE HUT INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SI | | |
| *Defendant:* Air Newzeland, All Nippon Airways, Cathay Pacific Airways, China Airlines, Et Al. | | |

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV081462MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT Civil Cover Sheet;notice Of Related Case;order Setting Initial Case Management Confefence And Adr Deadlines;case Management Standing Oder;standing Order;notice Of Trial Assignment;consent To Assignment Or Request For Reassignment;consent To Proceed Before A United States Magistrate Judge;declination To Proceed Before A Magistrate Judge And Request For Reassignment Toa United States District Judge;efc Registration Information Handout; Drop Box Filing Procedures

3. a. Party served:         MALAYSIA AIRLINES
   b. Person served:        EVYN NG, ADMINISTRATIVE ASSISTANT, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:    100 N. SEPULVEDA BLVD # 400
                                          El Segundo, CA 90245

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 19, 2008 (2) at: 9:30AM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PRADIP KISSOONDYAL
                                   d. **The Fee** for Service was:

   **BEVERLY HILLS EXPRESS**       e. I am: (3) registered California process server
   350 S. FIGUEROA STREET, SUITE 272         (i) Owner
   LOS ANGELES, CA 90071                     (ii) Registration No.:     5420
   (213) 346-1000, FAX (213) 346-1010        (iii) County:              Los Angeles
   BEVERLYHILLSEXPRESS.COM                   (iv) Expiration Date:      Mon, Sep. 01, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Wed, Mar. 19, 2008

Judicial Council Form                PROOF OF SERVICE              (PRADIP KISSOONDYAL)
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                      6429/1.kaplanld.2679

| *Attorney or Party without Attorney:* <br> LAURENCE D. KING ESQ. <br> KAPLAN FOX & KILSHEIMER LLP <br> 350 SANSOME STREET SUITE 400 <br> SAN FRANCISCO, CA 94104 <br> *Telephone No:* 415-772-4700 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* <br> BRUCE HUT | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court, Northern District Of Califronia ||| 
| *Plaintiff:* BRUCE HUT INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SI ||| 
| *Defendant:* Air Newzeland, All Nippon Airways, Cathay Pacific Airways, China Airlines, Et Al. |||

| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV081462MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT Civil Cover Sheet;notice Of Related Case;order Setting Initial Case Management Confefence And Adr Deadlines;case Management Standing Oder;standing Order;notice Of Trial Assignment;consent To Assignment Or Request For Reassignment;consent To Proceed Before A United States Magistrate Judge;declination To Proceed Before A Magistrate Judge And Request For Reassignment Toa United States District Judge;efc Registration Information Handout; Drop Box Filing Procedures

3. a. Party served:    QANTAS AIRWAYS LIMMITED
   b. Person served:   VERONICA CARLOS, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:   6080 CENTER DRIVE #400 <br> Westchester, CA 90045

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 19, 2008 (2) at: 12:30PM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PRADIP KISSOONDYAL
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Owner
       (ii) Registration No.:   5420
       (iii) County:   Los Angeles
       (iv) Expiration Date:   Mon, Sep. 01, 2008

   **BEVERLY HILLS EXPRESS** <br> 350 S. FIGUEROA STREET, SUITE 272 <br> LOS ANGELES, CA 90071 <br> (213) 346-1000, FAX (213) 346-1010 <br> BEVERLYHILLSEXPRESS.COM

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Mar. 19, 2008

| Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> SUMMONS & COMPLAINT | (PRADIP KISSOONDYAL) <br> 642915.kaplanld.2678 |
|---|---|---|

| Attorney or Party without Attorney: <br> LAURENCE D. KING ESQ. <br> KAPLAN FOX & KILSHEIMER LLP <br> 350 SANSOME STREET SUITE 400 <br> SAN FRANCISCO, CA 94104 <br> Telephone No: 415-772-4700 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: BRUCE HUT |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of Califronia |

| Plaintiff: BRUCE HUT INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SI |
|---|
| Defendant: Air Newzeland, All Nippon Airways, Cathay Pacific Airways, China Airlines, Et Al. |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: CV081462MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; Civil Cover Sheet;notice Of Related Case;order Setting Initial Case Management Confefence And Adr Deadlines;case Management Standing Oder;standing Order;notice Of Trial Assignment;consent To Assignment Or Request For Reassignment;consent To Proceed Before A United States Magistrate Judge;declination To Proceed Before A Magistrate Judge And Request For Reassignment Toa United States District Judge;efc Registration Information Handout; Drop Box Filing Procedures

3. a. Party served: SINGAPORE AIRLINES
   b. Person served: JANE DOE, HUMAN RESOURCES ADMINISTRATOR. AUTHORIZED TO ACCEPT SERVICE. ADULT FEMALE, REFUSED TO PROVIDE NAME. DESCRIPTION IS AS FOLLOWS:, White, Female, 45 Years Old, Blond Hair, Blue Eyes, 5 Feet 8 Inches, 160 Pounds

4. Address where the party was served: 5670 WILSHIRE BLVD LOS ANGELES, CA 90036

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 19, 2008 (2) at: 1:15PM

7. **Person Who Served Papers:**  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PRADIP KISSOONDYAL
   
   BEVERLY HILLS EXPRESS
   350 S. FIGUEROA STREET, SUITE 272
   LOS ANGELES, CA 90071
   (213) 346-1000, FAX (213) 346-1010
   BEVERLYHILLSEXPRESS.COM
   
   d. *The Fee* for Service was:
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 5420
      (iii) County: Los Angeles
      (iv) Expiration Date: Mon, Sep. 01, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Mar. 19, 2008

   (PRADIP KISSOONDYAL)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

642918.kaplanld.2677

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAURENCE D. KING, ESQ. (206423)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2493620 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRUCE HUT, et al.

Defendant:
AIR NEW ZEALAND, etc., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>08-1462 MEJ |
|---|---|---|---|---|

I, Stephanie Barber, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF RELATED CASE; INITIAL CASE MANAGEMENT SCHEDULING ORDER; NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE COURT PACKET

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : THAI AIRWAYS

By Serving : BECKY DEGEORGE, Authorized to Accept of Process on behalf of CSC-LAWYERS INCORPORATING SERVICE
Address : 2730 Gateway Oaks Drive Suite 100, Sacramento, California 95833
Date & Time : Wednesday, March 19, 2008 @ 12:15 p.m.
Witness fees were : Not applicable.

Person serving:
Stephanie Barber
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2000-20
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 20, 2008      Signature: _____
                                       Stephanie Barber


Printed on recycled paper

Bruce Hut, ind/on behalf of all others similarly situated, et. al.,
Plaintiff(s)
vs.
Air New Zealand, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 088590-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United Airlines
Court Case No. CV 08 1462 MEJ

KAPLAN, FOX & KILSHEIMER
Ms. Lisa C. D'Annunzio
350 Sansome Street
Suite 400
San Francisco, CA 94104

---

State of: **Il** ) ss.
County of: **Cook** )

**Name of Server:** **Mark Skrzydlak**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **19th** day of **March**, 20 **08**, at **2:00** o'clock **P** M

**Place of Service:** at **77 W. Wacker Drive**, in **Chicago, IL 60601**

**Documents Served:** the undersigned served the documents described as:
Summons in a Civil Case w/ Civil Cover Sheet & Attachment to Summons
Attachment to Civil Cover Sheet; Class Action Complaint for Violations
of the FEDERAL Antitrust Laws; Notice of Related Case;
Documents from the Court

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
United Airlines

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Steven Reshner - Asst. General Counsel**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **bald**; Facial Hair **n/a**
Approx. Age **65**; Approx. Height **5'5**; Approx. Weight **165**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **19th** day of **March**, 20 **08**

*Signature of Server*

10/1/08
Notary Public (My Commission Expires)

**APS International, Ltd.**

"OFFICIAL SEAL"
COREY FERTEL
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/01/2008