Jesse Markham (CA State Bar No. 087788)
Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission St.
25th Floor
San Francisco, CA 94105
Tel:   (415) 268-2000
Fax:   (415) 268-1999
Jesse.Markham@hro.com
Adam.Brezine@hro.com

Yang Chen
CONSTANTINE CANNON LLP
450 Lexington Avenue
New York, NY 10017
Tel:   (212) 350-2700
Fax:   (212) 350-2701
ychen@constantinecannon.com
*Attorneys for All Nippon Airways Co. Ltd.*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE HUT, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, QANTAS AIRWAYS LIMITED, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,**<br><br>Defendants. | Case No. 3:08-cv-01462-MEJ<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR DEFENDANT ALL NIPPON AIRWAYS CO, LTD. TO RESPOND TO COMPLAINT**<br><br>The Honorable Maria-Elena James<br>Complaint filed March 14, 2008 |

102666.1

1  WHEREAS the undersigned plaintiff has filed the above-captioned case;

2  WHEREAS multiple complaints have been filed to date in federal district courts
3  throughout the United States by plaintiffs purporting to bring class actions on behalf of
4  purchasers of passenger air transportation services containing transpacific flight segments
5  (collectively "the Transpacific Air Passenger cases");

6  WHEREAS on February 19, 2008, the Judicial Panel on Multidistrict Litigation
7  entered an order to transfer various Transpacific Air Passenger cases to this jurisdiction for
8  coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

9  WHEREAS plaintiff anticipates the possibility of filing a Consolidated Complaint
10 in the Transpacific Air Passenger cases;

11 WHEREAS plaintiff and All Nippon Airways Co., Ltd. have agreed that an orderly
12 schedule for any response to the pleadings in the Transpacific Air Passenger cases would
13 be more efficient for the parties and for the Court;

14 PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT ALL
15 NIPPON AIRWAYS CO., LTD., BY AND THROUGH THEIR RESPECTIVE
16 COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

17 1. The deadline for All Nippon Airways Co., Ltd. to answer, move, or
18 otherwise respond to plaintiff's Complaint shall be extended until forty-five days after the
19 service of a Consolidated Complaint in the Transpacific Air Passenger cases, or 45 days
20 after lead counsel provides notice that a Consolidated Complaint will not be filed and
21 designates a pending complaint as the operative complaint.

22 2. This Stipulation does not constitute a waiver by All Nippon Airways Co.,
23 Ltd., of any defense, including but not limited to the defenses of lack of personal
24 jurisdiction, lack of subject matter jurisdiction, or improper venue.

102666.1

| | |
|---|---|
| 1 | |
| 2 | IT IS SO STIPULATED. |
| 3 | |
| 4 | DATED:  April 8, 2008                    By:  /s/ Adam Brezine |
| 5 | |
| 6 | Jesse Markham (#087788) |
|   | Adam Brezine (#220852) |
| 7 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission St. |
| 8 | 25th Floor |
|   | San Francisco, CA  94105 |
|   | Telephone:     (415) 268-2000 |
| 9 | Facsimile:      (415) 268-1999 |
| 10 | Jesse.Markham@hro.com |
|    | Adam.Brezine@hro.com |

Yang Chen
CONSTANTINE CANNON LLP
450 Lexington Avenue
New York, NY 10017
Telephone:     (212) 350-2700
Facsimile:      (212) 350-2701
ychen@constantinecannon.com

*Attorneys for Defendant All Nippon Airways Co., Ltd.*

DATED:  April 8, 2008                    by:   /s/

Laurence D. King
Lori Sambol Brody
Kaplan Fox & Kilsheimer LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Telephone: (415) 772−4700
Facsimile: (415) 772−4707
Email: lking@kaplanfox.com
Email: lbrody@kaplanfox.com
*Attorneys for Plaintiff*

2

**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**
Case No. 3:08-cv-01462-MEJ

102666.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Adam Brezine, hereby attest that concurrence in the filing of this stipulation has been obtained from Counsel for Plaintiffs and the Proposed Class who has provided the conformed signature above.

HOLME ROBERTS & OWEN LLP

By: _____
Adam Brezine

*Attorneys for Defendant All Nippon Airways Co., Ltd.*